IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NAEEM KHALIFAH, ESTATE OF TALIA DUBOSE, *Plaintiff*, | : : : : | CIVIL ACTION |
| v. | : : | NO. 21-cv-04981 |
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, *Defendant*. | : : : | |

## ORDER

**AND NOW,** this **2nd** day of **December, 2021**, upon consideration of Defendant's partial Motion to Dismiss For Failure to State a Claim (ECF No. 8) and the Complaint (ECF No. 1-4), it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF No. 8) is **GRANTED** with respect to the bad faith claim. The bad faith claim is dismissed without prejudice to refiling in an amended complaint on or before **December 23, 2021 at 12:00 p.m.** with specific factual allegations regarding the Defendant's bad faith.

If no amended complaint is filed, Defendant shall file a responsive pleading to the remaining counts in the Complaint on or before **January 4, 2022**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**